

## ANSELL GRIMM & AARON PC
### COUNSELORS AT LAW

365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

214 CARNEGIE CENTER
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

140 GRAND STREET
SUITE 501
WHITE PLAINS, NEW YORK 10601
800-569-3886

41 UNIVERSITY DRIVE
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792

www.ansellgrimm.com

RICHARD B. ANSELL†
PETER S. FALVO, JR.
JAMES G. AARON
PETER B. GRIMM
MITCHELL J. ANSELL
BRIAN E. ANSELL‡
ALLISON ANSELL◊†
MICHAEL V. BENEDETTO
DAVID B. ZOLOTOROFE
DONNA L. MAUL◆
RICK BRODSKY◆
LAWRENCE H. SHAPIRO◆□
ROBERT A. HONECKER, JR.□§
JENNIFER S. KRIMKO
FREDERICK C. RAFFETTO~
JOSHUA S. BAUCHNER◆
DAVID J. BYRNE□
ANDREA B. WHITE◆•
EDWARD J. AHEARN□

JASON S. KLEIN◆
MELANIE J. SCROBLE
BARRY M. CAPP◆∆
DOUGLAS A. DAVIE◆
MARK M. WIECHNIK
ELYSA D. BERGENFELD
RICHARD B. LINDERMAN□
KEVIN M. CLARK
KRISTINE M. BERGMAN□
ROBERT I. AUFSEESER◆
BREANNE M. DeRAPS*
JESSICA T. ZOLOTOROFE
MICHAEL H. ANSELL◆
TARA K. WALSH◆
ROBERT H. SIEGEL▽
RAHOOL PATEL◆
NICOLE D. MILLER□
ANTHONY J. D'ARTIGLIO◆

COUNSEL

HON. ANTHONY J. MELLACI, JR., J.S.C. (RET.)
STACEY R. PATTERSON◆
JAMES A. SYLVESTER
HON. RAYMOND A. HAYSER, J.T.C. (RET.)
LISA GOLDWASSER◆

RETIRED

DAVID K. ANSELL†
ROBERT I. ANSELL

IN MEMORIAM:

LEON ANSCHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)

LICENSED ALSO IN:
◊ D.C.  ◇ MA  ◆ N.Y.  ★ WA
□ PA  ~ FL  ⊤ CA

† FELLOW, AMERICAN ACADEMY
OF MATRIMONIAL LAWYERS

‡ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL
ATTORNEY

§ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CRIMINAL
TRIAL ATTORNEY

◆ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A MATRIMONIAL
LAW ATTORNEY

**Reply to: Woodland Park**
**Direct Dial: (973) 925-7357**
**Fax: (973) 247-9199**
**E-mail: mha@ansellgrimm.com**

June 27, 2019

**Via ECF**

The Honorable Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *Fafara v. Arenas, Parks & Stadium Solutions, Inc., and Vincent Caccamo*
          Case No.: 7:18-cv-09294-CS

Dear Judge Seibel:

    We represent Plaintiff, Jessica Fafara ("Plaintiff"), in the above-referenced action. As Your Honor is aware, a settlement in principle was reached on or about April 29, 2019. Please accept this correspondence filing all papers necessary to approve the terms of settlement and dismiss this action with prejudice.

    Enclosed herein, please find the following documents in support of approval of the settlement and dismissal of the action:

    a. Settlement Agreement, dated June 25, 2019;
    b. Affidavit of Services of Michael H. Ansell, Esq., dated June 27, 2019, with exhibits attached thereto; and
    c. Proposed Order.

Honorable Cathy Seibel, U.S.D.J.
June 27, 2019
Page 2

      Accordingly, it is respectfully requested that the Court approve the settlement, approve disbursement of funds to Plaintiff's counsel, and dismiss this action with prejudice.

      We are available to discuss this, or any other matter, at the Court's convenience.

                                         Respectfully submitted

                                         *s/Michael H. Ansell*
                                         Michael H. Ansell, Esq., Esq.

MHA/cs
cc:     Joshua Levin-Epstein, Esq. (via ECF and email)
        Jessica Fafara (via email)

AG&A | ANSELL GRIMM & AARON PC
COUNSELORS AT LAW