

# ANSELL GRIMM & AARON PC
## COUNSELORS AT LAW

365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

214 CARNEGIE CENTER
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

140 GRAND STREET
SUITE 501
WHITE PLAINS, NEW YORK 10601
800-569-3886

41 UNIVERSITY DRIVE
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792

www.ansellgrimm.com

RICHARD B. ANSELL‡
PETER S. FALVO, JR.
JAMES G. AARON
PETER B. GRIMM
MITCHELL J. ANSELL
BRIAN E. ANSELL‡
ALLISON ANSELL◊†
MICHAEL V. BENEDETTO
DAVID B. ZOLOTOROFE
DONNA L. MAUL●
RICK BRODSKY◆
LAWRENCE H. SHAPIRO◆□
ROBERT A. HONECKER, JR.□§
JENNIFER S. KRIMKO
FREDERICK C. RAFFETTO~
JOSHUA S. BAUCHNER◆
DAVID J. BYRNE□
ANDREA B. WHITE◆●
EDWARD J. AHEARN□

JASON S. KLEIN◆
MELANIE J. SCROBLE
BARRY M. CAPP◆△
DOUGLAS A. DAVIE◆
MARK M. WIECHNIK
ELYSA D. BERGENFELD
RICHARD B. LINDERMAN□
KEVIN M. CLARK
KRISTINE M. BERGMAN□
ROBERT I. AUFSEESER◆
BREANNE M. DeRAPS*
JESSICA T. ZOLOTOROFE
MICHAEL H. ANSELL◆
TARA K. WALSH◆
ROBERT H. SIEGEL▽
RAHOOL PATEL◆
NICOLE D. MILLER□
ANTHONY J. D'ARTIGLIO◆

COUNSEL
HON. ANTHONY J. MELLACI, JR., J.S.C. (RET.)
STACEY R. PATTERSON◆
JAMES A. SYLVESTER
HON. RAYMOND A. HAYSER, J.T.C. (RET.)
LISA GOLDWASSER◆

RETIRED
DAVID K. ANSELL†
ROBERT I. ANSELL

IN MEMORIAM:
LEON ANSCHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)

LICENSED ALSO IN:
▵ D.C.  ◇ MA  ● N.Y.  ★ WA
□ PA  ~ FL  ▽ CA

† FELLOW, AMERICAN ACADEMY
OF MATRIMONIAL LAWYERS

‡ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL
ATTORNEY

§ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CRIMINAL
TRIAL ATTORNEY

◆ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A MATRIMONIAL
LAW ATTORNEY

**Reply to: Woodland Park**
**Direct Dial: (973) 925-7357**
**Fax: (973) 247-9199**
**E-mail: mha@ansellgrimm.com**

July 17, 2019

**Via ECF**

The Honorable Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re: *Fafara v. Arenas, Parks & Stadium Solutions, Inc., and Vincent Caccamo*
          Case No.: 7:18-cv-09294-CS

Dear Judge Seibel:

      We represent Plaintiff, Jessica Fafara ("Plaintiff"), in the above-referenced action. As Your Honor is aware, a settlement in principle at mediation was reached on or about April 29, 2019. Please accept this correspondence filing all papers necessary to approve the terms of settlement and dismiss this action with prejudice pursuant to the Court's Order of June 28, 2019.

      Enclosed herein, please find the following documents in support of approval of the settlement and dismissal of the action:

a. Revised Settlement Agreement, dated July 16, 2019;
b. Affidavit of Services of Michael H. Ansell, Esq., dated June 27, 2019, with exhibits attached thereto; and
c. Proposed Order.

Honorable Cathy Seibel, U.S.D.J.
July 17, 2019
Page 2

The parties have agreed on a settlement amount $33,000.00, inclusive of all reasonable attorney's fees and expenses. Plaintiff's maximum recovery (excluding punitive damages and attorney's fees) is $36,807.76, detailed as follows: (i) outstanding gross wages in the amount of $21,262.76; (ii) unreimbursed expenses in the amount of $7,645.00; (iii) tax liability of approximately $8,000.00.

Moreover, the settlement will enable to parties to avoid costly and burdensome litigation. Although the unpaid wage claim is fairly straightforward, expert testimony may be necessary for Plaintiff's claims related to unreimbursed expenses and tax liability. Therefore, settlement avoids the costs of this litigation, that amount of which may actually exceed the value of Plaintiff's claims.

Both parties faced serious litigation risks. Defendant's risk was greatest as to claim for unpaid salary, whereas Plaintiff's risk was greatest as to the claims for unreimbursed expenses and tax liability. The settlement takes into account the risk faced by both parties.

Although settlement was reached at a very early stage of the litigation, the parties had developed an extensive record. For example, the parties submitted briefs detailing the factual and legal issues pursuant to Defendant's pre-Motion conference request, *see* ECF Nos. 26 and 28, and appeared for the pre-Motion conference to address these facts and legal issues to the Court on March 14, 2019. Moreover, Plaintiff produced all documents in her possession and control prior to the mediation. The mediator engaged in extensive pre-conference telephone calls with counsel for both parties and a full-day mediation session was held, resulting in a settlement in principle.

Finally, the parties have revised the Settlement Agreement to remove the confidentiality provision pursuant to *Martinez v. Gulluoglu LLC*, 15-cv-2727, 2016 WL 206474, at *1 (S.D.N.Y. Jan. 15, 2016). Moreover, the parties narrowed the scope of Plaintiff's release to include only wage-related claims pursuant to *Rivera v. SA Midtown LLC*, 16-cv-2097, 2017 WL 1378264, at *2 (S.D.N.Y. Apr. 11, 2017). Finally, the parties a carve-out in the non-disparagement provision permitting Plaintiff to make truthful statements about her experience litigating this case pursuant to *Lopez v. Nights of Babiria, LLC*, 96 F. Supp. 3d 170, 178, 180 n. 65 (S.D.N.Y. 2015).

Accordingly, it is respectfully requested that the Court approve the settlement, approve disbursement of funds to Plaintiff's counsel, and dismiss this action with prejudice. Moreover, pending the Court's approval of the settlement, the parties further request that the status conference, currently scheduled for July 19, 2019, be adjourned.

We are available to discuss this, or any other matter, at the Court's convenience.

                                              Respectfully submitted

                                              *s/Michael H. Ansell*
                                              Michael H. Ansell, Esq., Esq.

MHA/cs
cc:    Joshua Levin-Epstein, Esq. (via ECF and email)
        Jessica Fafara (via email)

