UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA FAFARA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>ARENAS, PARKS & STADIUM SOLUTIONS, INC., and VINCENT CACCAMO,<br><br>Defendants. | Case No.: 7:18-cv-09294-CS<br><br>[PROPOSED] ORDER APPROVING SETTLEMENT AND DISMISSING ACTION |

THIS MATTER having come before the Court upon the parties' joint application to approve the Settlement Agreement, approve the disbursement of funds to Ansell Grimm & Aaron, P.C., and dismiss the action pursuant to Fed. R. Civ. P. 41.

The Court finds that:

1. The Settlement Agreement is fair, reasonable, and adequate to the Plaintiff;

2. The Settlement Agreement has been negotiated at arm's length between competent, able counsel, and no collusion existed in connection with the Settlement Agreement;

3. The record is sufficiently developed and complete to have enabled Plaintiff and Defendants to evaluate and consider their positions;

4. The award of fees and costs of Plaintiff's counsel, Ansell Grimm & Aaron, P.C., are reasonable in light of the work performed in this matter and counsel's experience.\*

ACCORDINGLY, IT IS on this 17TH day of July 2019;

ORDERED that the Settlement be and is hereby approved; and it is further

ORDERED that the Settlement Agreement shall be implemented in accordance with its terms; and it is further

\* The Court makes no finding as to total hours or hourly rates but finds the overall fee to be fair and reasonable.

**ORDERED** that Ansell Grimm & Aaron, P.C. is authorized to disburse to itself the amount of $9,000.00 out of the settlement proceeds payable to Plaintiff by Defendants; and it is further

**ORDERED** that this Action and all claims asserted therein are hereby dismissed with prejudice.

There being no reason for delay, this Order shall be deemed final and the Clerk of the Court is directed to enter this Order forthwith, and close the case.

_____
Cathy Seibel
7/17/19   U.S.D.J.